UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHRISTINA R. BAUGHMAN,

      PLAINTIFF,

v.

      CASE NO. 2:13-CV-1199
      CHIEF JUDGE EDMUND A. SARGUS, JR.
      MAGISTRATE JUDGE ELIZABETH P. DEAVERS

COMMISSIONER OF
SOCIAL SECURITY,

      DEFENDANT.

## ORDER

On February 4, 2015, the Magistrate Judge issued a Report and Recommendation that the decision of the Commissioner denying benefits to the Plaintiff be affirmed.  The parties were advised that any objections must be filed within fourteen days.  No objections have been filed.

Therefore, the Report and Recommendation is **ADOPTED** as the **ORDER** of this Court.  The denial of benefits is **AFFIRMED**.  This case is **DISMISSED**.

IT IS SO ORDERED.

3-17-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE