AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CHRISTINA R. BAUGHMAN,**

      **Plaintiff,**

              **JUDGMENT IN A CIVIL CASE**

**v.**

              **CASE NO.   2:13-CV-1199**

**COMMISSIONER OF**      **CHIEF JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**      **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

      **Defendant.**

_____  **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the ORDER filed March 17, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:   March 17, 2015                RICHARD W. NAGEL, CLERK

              */S/ Andy F. Quisumbing*
              (By) Andy F. Quisumbing
              Courtroom Deputy Clerk